In the Matter of RICHARD FABER, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Proceeding under article 78 of the Civil Practice Act to review a determination of the State Liquor Authority, which suspended petitioner's restaurant liquor license. The proceeding was transferred to this court pursuant to section 1296 of the Civil Practice Act. Determination unanimously confirmed, with $50 costs and disbursements, and petition dismissed. No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ.

In the Matter of PENNY GERSEN et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— In a proceeding brought pursuant to article 78 of the Civil Practice Act, for an order directing respondents to appoint petitioners as high school teachers, order dismissing petition unanimously affirmed, without costs. It appears without dispute that all of the positions which were regularly created and for which money had been appropriated in the budget were filled in the Spring, 1952, and Fall, 1952, terms. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET M. KROPP, Appellant, against JOSEPH SHEPSKY et al., Respondents.— In a habeas corpus proceeding to regain custody of a child, order entered after trial, dismissing the writ and awarding custody to respondents, affirmed, without costs. No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

FANNIE KASSEL, Respondent, v. KINGS HIGHWAY SAVINGS BANK et al., Defendants, and JACK KAPLAN, as Administrator of the Estate of SHIRLEY K. KAPLAN, Deceased, Appellant.— In an action to determine title to moneys on deposit in a certain bank account, the administrator of the estate of a decedent in whose name the bank account was registered appeals from a judgment declaring the funds to belong to plaintiff (decedent's mother). Judgment unanimously affirmed, with costs. (*Beaver* v. *Beaver,* 117 N. Y. 421.) Present — Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ.